FILED

07/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0591

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0591

_____

JOSHUA F. CLARK,

      Plaintiff and Appellant,

    v.

MISSOULA COUNTY SHERIFF TERRY J.
MCDERMOTT, the COUNTY OF MISSOULA,
MONTANA, and HUMAN RIGHTS
COMMISSION,

      Defendants and Appellees.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 27 2022